give the particulars specified in the first and fifth subdivisions of the demand, and not requiring the plaintiff to furnish those specified in the second, third, and fourth subdivisions; and, as thus modified, the order is affirmed, without costs. Settle order on notice.

———

LICARI, Appellant, v. SILVER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Girolamo Licari against Thomas Silver and another. R. Maggio, of New York City, for appellant. B. F. Feiner, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 1130.

———

LOHMAN, Respondent, v. PADDOCK, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Harry C. Lohman against Judson H. Paddock. No opinion. Judgment and order unanimously affirmed, with costs.

———

LONDON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Hannah London against the City of New York.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that there is not sufficient proof of any negligence on the part of the defendant.

WOODWARD and RICH, JJ., vote for affirmance.

———

LOOMIS et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Leslie G. Loomis and another against the New York Central &' Hudson River Railroad Company. No opinion. Motion for reargument (of 138 N. Y. Supp. 1126) denied, with $10 costs.

———

In re LORD. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of John B. Lord, an attorney.

PER CURIAM. Motion for reargument denied. The court decided that the evidence submitted, together with the presumption of professional integrity arising from many years' practice at the bar, and with which the court could not be unacquainted, preponderatingly showed that the respondent was not guilty of the charge. See, also, 138 N. Y. Supp. 1126.

BURR, J., not voting.

———

LOWY et al. v. BRADLEY CONTRACTING CO. (Supreme Court, Appellate Term, First Department. February 7, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by David Lowy and another against the Bradley Contracting Company. Judgment for plaintiffs, and defendant appeals. Reversed. James A. Lynch, of New York City (Jacob Bernstein, of Mt. Vernon, N. Y., of counsel), for appellant. William Hauser, of New York City, for respondents.

PER CURIAM. The original contract by which the beams were sold to the plaintiffs was concededly rescinded. There is some evidence that thereafter some of the beams were sold to them on different terms. The testimony, however, on this point is very indefinite, and is insufficient to sustain a judgment predicated on title in the plaintiff of the particular beams which are involved in this litigation. Judgment is therefore reversed, and a new trial ordered, with costs to appellant to abide the event.

———

LUBASH, Respondent, v. CHARLES A. SIGMOND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Aaron Lubash against Charles A. Sigmond Realty Company. No opinion. Appeal dismissed by default, with $10 costs. See, also, 138 N. Y. Supp. 1127; 139 N. Y. Supp. 1131.

———

LUBASH, Respondent, v. CHARLES A. SIGMOND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Aaron Lubash against the Charles A. Sigmond Realty Company. No opinion. Motion granted, without costs. See, also, 139 N. Y. Supp. 1131.

———

LUBASH, Respondent, v. CHARLES A. SIGMOND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Aaron Lubash against the Charles A. Sigmond Realty Company.

PER CURIAM. Order modified, by fixing the costs payable as a condition for the service of the amended pleadings at the sum of $30, and, as so modified, affirmed without costs. See, also, 139 N. Y. Supp. 1131.

JENKS, P. J., not voting.

———

LUBASH, Respondent, v. SIGMOND, Appellant. (Supreme Court, Appellate Division, Second Department, January 17, 1913.) Action by Aaron Lubash against Charles A. Sigmond. No opinion. Appeal dismissed by default, with $10 costs. See, also, 138 N. Y. Supp. 1127; 139 N. Y. Supp. 1131, 1132.

———

LUBASH, Respondent, v. SIGMOND, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Aaron Lubash against Charles A. Sigmond. No opinion. Motion granted, without costs. See, also, 139 N. Y. Supp. 1131, 1132.